MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza -- 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| - v - | : | 07 Civ. 7034 (LAK) |
| $149,820.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant-in-rem. | | |

-------------------------------------x

          PLEASE TAKE NOTICE that upon the declaration of Anna E.

Arreola, Assistant United States Attorney, dated June 4, 2008;

upon the Clerk's Certification of default (attached hereto as

Exhibit A); upon the accompanying proposed Default Judgment

(attached hereto as Exhibit B); and upon all prior proceedings

herein; plaintiff will move this Court before the Honorable Lewis

A. Kaplan, United States District Judge, United States

Courthouse, Courtroom 12D, 500 Pearl Street, New York, New York

10007, on submission, for an order pursuant to Rule 55(b)(2) of

the Federal rules of Civil Procedure granting default judgment on

favor of the plaintiff, United States of America, and forfeiting

the defendant-in-rem to the United States of America and for such

other relief as is just and proper.

Dated:    New York, New York
          June 4, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Plaintiff
                              United States of America

                    By:   _____/s/_____
                              ANNA E. ARREOLA
                              Assistant U.S. Attorney
                              One St. Andrew's Plaza
                              New York, New York 10007
                              Tel. (212) 637-2218

<u>AFFIDAVIT OF SERVICE</u>

I, Corinne L. Scalogna, affirm, under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On June 4, 2008, a copy of the Notice of Motion for Default Judgment, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment were sent, by certified mail, return receipt requested, to:

> Leon Schydlower, Esq.
> 303 Texas Avenue, 9th floor
> El Paso, Texas 79901
>
> Alonso Salazar-Rosas, #63020-097
> FCI LOMPOC
> Federal Correctional Institution
> 3600 Guard Road
> Lompoc, California 93436

Executed on:   June 4, 2008
               New York, New York


CORINNE L. SCALOGNA

**Exhibit A**

MICHAEL J. GARCIA
United States Attorney for the
Southern Dis1trict of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza, 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                :

                Plaintiff,               :

            - v -                        :          CLERK'S CERTIFICATION
                                                    07 Civ. 7034 (LAK)
$149,820.00 IN UNITED STATES             :
CURRENCY,

                                         :

                Defendant-in-rem.        :
------------------------------------x

        I, J.Michael McMahon, Clerk of the United States District

Court for the Southern District of New York, hereby certify that

the docket entries in the above-captioned case indicate that the

verified complaint herein was filed on August 6, 2007, and that

proof of publication was filed in the Clerk's office on February

8, 2008.  No party has filed a claim or answer or otherwise moved

with respect to the defendant-in-rem, and the time to file a

claim with respect to the said property has expired.  The default

of all persons is hereby noted.

Dated:    New York, New York
          June ___, 2008

                                        J. Michael McMahon
                                        CLERK OF THE COURT

**Exhibit B**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza, 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,            :

                Plaintiff,           :

            - v -                    :          DEFAULT JUDGMENT
                                                07 Civ. 7034 (LAK)
$149,820.00 IN UNITED STATES         :
CURRENCY,
                                     :
                Defendant-in-rem.
-------------------------------------x

        WHEREAS, on August 6, 2007, the United States commenced

a civil action for the forfeiture of the above-referenced

defendant-in-rem (the "Defendant Currency") by the filing of a

verified complaint;

        WHEREAS, on or about October 24, 2007, notice of the

verified complaint was sent by certified mail to Alonso Salazar-

Rosas ("Salazar") at FCI LOMPOC, Federal Correctional

Institution, 3600 Guard Road, Lompoc, California 93436, and by

certified mail to his attorney, Leon Schydlower, Esq., 303 Texas

Avenue, 9th Floor, El Paso, Texas 79901;

        WHEREAS, the foregoing are the only people known by the

Government to have a potential interest in the Defendant

1

Currency;

WHEREAS, notice of the verified complaint and in rem warrant against the Defendant Currency was published in the New York Law Journal on December 7, 2007, December 14, 2007 and December 21, 2007, and proof of such publication was filed with the Clerk of this Court on February 8, 2008;

WHEREAS, no claims or answers have been filed or made in this judicial forfeiture action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Michel J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Anna E. Arreola, of counsel;

IT IS HEREBY ORDERED THAT:

1.    Plaintiff United States of America shall have judgment by default against the Defendant Currency.

2.    The Defendant Currency shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3.    The United States Marshals Service shall dispose of
the Defendant Currency according to law.

Dated:     New York, New York
           June ___, 2008


                              SO ORDERED:


                              _____
                              HONORABLE LEWIS A. KAPLAN
                              UNITED STATES DISTRICT JUDGE