# Exhibit B



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2007

BY CERTIFIED MAIL
Leon Schydlower, Esq.
303 Texas Avenue, 9th floor
El Paso, Texas 79901

                Re:  United States v. $149,820.00
                      07 Civ. 7034

Dear Mr. Schydlower:

      This letter is to advise you that on August 6, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) as property traceable to an exchange of a controlled substance and/or property intended to be used in exchange for a controlled substance. A copy of the complaint in this action is enclosed.

      Should your client wish to contest the forfeiture, he must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, your client must file his answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

                                            Respectfully,

                                            MICHAEL J. GARCIA
                                            United States Attorney
                                            Southern District of New York

                                            By:_____
                                            ANNA E. ARREOLA
                                            Assistant United States Attorney
                                            Tel. No.: (212) 637-2218

Enclosure

cc:     Alonso Salazar-Rosas (By Certified Mail)





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 4034 6670**
Status: **Delivered**

Your item was delivered at 1:05 pm on October 29, 2007 in EL PASO, TX 79901. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA       

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Postmark Here | |

Total Postage & F
Sent To: Alonso Salazar-Rosas, #63020-097
Street, Apt. No.; or PO Box No.: FCI LOMPOC
City, State, ZIP+4: Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

7003 2260 0000 4034 6663

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alonso Salazar-Rosas, #63020-097
FCI LOMPOC
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 10/27/07

C. Signature
X _____  ☒ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7003 2260 0000 4034 6663

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952