MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza, 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,                :

       Plaintiff,                       :

       - v -                            :      DEFAULT JUDGMENT
                                               07 Civ. 7034 (LAK)
$149,820.00 IN UNITED STATES             :
CURRENCY,
                                         :
       Defendant-in-rem.
-----------------------------------x

      WHEREAS, on August 6, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem (the "Defendant Currency") by the filing of a verified complaint;

      WHEREAS, on or about October 24, 2007, notice of the verified complaint was sent by certified mail to Alonso Salazar-Rosas ("Salazar") at FCI LOMPOC, Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436, and by certified mail to his attorney, Leon Schydlower, Esq., 303 Texas Avenue, 9th Floor, El Paso, Texas 79901;

      WHEREAS, the foregoing are the only people known by the Government to have a potential interest in the Defendant

1

Currency;

WHEREAS, notice of the verified complaint and <u>in rem</u> warrant against the Defendant Currency was published in the <u>New York Law Journal</u> on December 7, 2007, December 14, 2007 and December 21, 2007, and proof of such publication was filed with the Clerk of this Court on February 8, 2008;

WHEREAS, no claims or answers have been filed or made in this judicial forfeiture action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Michel J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Anna E. Arreola, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant Currency.

2. The Defendant Currency shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service shall dispose of the Defendant Currency according to law.

4. The Clerk shall terminate the motion for a default judgment and close the case.

Dated: New York, New York
July ~~June~~ ___, 2008

SO ORDERED:

/s/ Lewis A. Kaplan
―――――――――――――――
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE